1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CULLEN M. HANKERSON, | CASE NO. 13-6073 RJB-KLS |
| Plaintiff, | ORDER ON REPORT AND |
| v. | RECOMMENDATION AND REMANDING CASE |
| DEPARTMENT OF CORRECTIONS, ET AL., | |
| Defendants. | |

This matter comes before the Court on the Report and Recommendation of U.S. Magistrate Judge Karen L. Strombom. Dkt. 3. The Court has considered the Report and Recommendation (Dkt. 3) and the remaining file.

The facts and relevant analysis regarding this case is in Report and Recommendation and should be adopted. The Report and Recommendation recommends that the Plaintiff's Motion for a Notice of Removal (Dkt. 1) be denied. This recommendation should be adopted. The Report and Recommendation's recommendation that the case be dismissed with prejudice should not be adopted. Instead, the matter should be remanded to Pierce County Washington Superior Court.

ORDER ON REPORT AND RECOMMENDATION
AND REMANDING CASE- 1

All other pending motions, including the Plaintiff's Motion to Waive All Filing Fees (Dkt. 5) should be stricken as moot.

It is **ORDERED** that:

- The Report and Recommendation of U.S. Magistrate Judge Karen L. Strombom (Dkt. 3) IS
  - o **ADOPTED** as to the recommendation that the Plaintiff's Motion for a Notice of Removal (Dkt. 1) be denied;
  - o **NOT ADOPTED** as to the recommendation of dismissal of the case with prejudice;
- The Plaintiff's Motion for a Notice of Removal (Dkt. 1) **IS DENIED**;
- The case is **REMANDED** to Pierce County, Washington Superior Court;
- All other pending motions **ARE STRICKEN AS MOOT**.

The Clerk is directed to send uncertified copies of this Order to U.S. Magistrate Judge Karen L. Strombom, all counsel of record and to any party appearing *pro se* at said party's last known address.

Dated this 19th day of March, 2014.

ROBERT J. BRYAN
United States District Judge

ORDER ON REPORT AND RECOMMENDATION
AND REMANDING CASE- 2